UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM SWAN JOHNSON, | ) | No. CV 09-3660-PSG (AGR) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| BOB BROOKS, SHERIFF VENTURA COUNTY, | ) | |
| Respondent(s). | ) | |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: July 23, 2010

_____
PHILIP S GUTIERREZ
UNITED STATES DISTRICT JUDGE